| | |
|---|---|
| Mark D. Litvack (SBN 183652)<br>mark.litvack@pillsburylaw.com<br>Jeffrey D. Wexler (SBN 132256)<br>jeffrey.wexler@pillsburylaw.com<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>725 S. Figueroa St., Suite 3600<br>Los Angeles, CA 90017<br>Telephone: (213) 488-7100<br>Facsimile: (213) 629-1033<br><br>*Attorneys for Plaintiff and Counterclaim Defendants* | Kevin S. Rosen (SBN 133304)<br>krosen@gibsondunn.com<br>Matthew S. Kahn (SBN 261679)<br>mkahn@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: (415) 393-8212<br>Facsimile: (415) 374-8466<br><br>*Specially Appearing for DLA Piper LLP (US).* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>*Plaintiff*,<br><br>vs.<br><br>ZHANG YUZHEN, an individual; FAN MIAO, an individual; FAN MAO, an individual; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto,<br><br>*Defendants*. | No. 4:19-CV-02904-SBA-JCS<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**<br><br>Hon. Saundra Brown Armstrong |
| YUZHEN ZHANG, an individual,<br><br>*Counterclaim Plaintiff*,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; and LI NANYANG, an individual,<br><br>*Counterclaim Defendants*. | |

WHEREAS, on May 25, 2022, Plaintiff and Counterclaim Defendant The Board of Trustees of The Leland Stanford Junior University ("Stanford") filed a motion to disqualify DLA Piper LLP (US) ("DLA Piper") as counsel for Defendant and Counterclaimant Yuzhen Zhang ("Ms. Zhang") [Dkt. 88];

WHEREAS, Stanford noticed the motion for hearing on July 13, 2022;

WHEREAS, the parties agree that additional briefing time will benefit the parties and the Court; and

WHEREAS, the proposed briefing schedule will afford the Court the same amount of time (two weeks) as the minimum amount of time contemplated in the Local Rules to review the motion papers before the hearing on the motion;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel that, subject to the approval of the Court:

(1) DLA Piper's opposition to the motion to disqualify DLA Piper as counsel for Ms. Zhang is due June 17, 2022; and

(2) Stanford's reply in support of its motion to disqualify DLA Piper as counsel for Ms. Zhang is due June 29, 2022.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  May 26, 2022

MARK D. LITVACK
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

By: ___*/s/ Mark D. Litvack*___
MARK D. LITVACK
Attorneys for Plaintiff and Counterclaim Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY and Counterclaim Defendant LI NANYANG

Dated:  May 26, 2022

KEVIN S. ROSEN
MATTHEW S. KAHN
GIBSON, DUNN & CRUTCHER LLP

By: ___*/s/ Kevin S. Rosen*___
KEVIN S. ROSEN
Specially Appearing for DLA PIPER (US) LLP

# ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: 6/10/2022

*Saundra B. Armstrong*   RS

Richard Seeborg for Saundra B. Armstrong
United States District Judge