1   MARK D. LITVACK (SBN 183652)
    mark.litvack@pillsburylaw.com
2   JEFFREY D. WEXLER (SBN 132256)
    jeffrey.wexler@pillsburylaw.com
3   PILLSBURY WINTHROP SHAW PITTMAN LLP
    725 South Figueroa Street, 36th Floor
4   Los Angeles, CA 90017-5524
    Telephone:      213.488.7100
5   Facsimile:      213.629.1033

6   Attorneys for Plaintiff and Counterclaim Defendant
    THE BOARD OF TRUSTEES OF THE
7   LELAND STANFORD JUNIOR UNIVERSITY
    and Counterclaim Defendant LI NANYANG
8
    MATTHEW J. JACOBS (SBN 171149)
9   matt.jacobs@us.dlapiper.com
    CALEB LIN (SBN 316869)
10  caleb.lin@us.dlapiper.com
    DLA PIPER LLP
11  555 Mission Street, Suite 2400
    San Francisco, CA  94105-2933
12  Telephone:      415.836.2500
    Facsimile:      415.836.2501
13
    Attorneys for Defendant and Counterclaim Plaintiff
14  YUZHEN ZHANG

15                  **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
16                        **OAKLAND DIVISION**

17  THE BOARD OF TRUSTEES OF THE            Case No. 4:19-cv-02904-SBA
    LELAND STANFORD JUNIOR UNIVERSITY,
18                                          **STIPULATION: (1) VACATING**
                    Plaintiff,              **CERTAIN PRETRIAL AND TRIAL**
19                                          **DATES PENDING RULING ON**
           vs.                              **MOTION FOR DISQUALIFICATION;**
20                                          **AND (2) SETTING DEADLINE FOR**
    ZHANG YUZHEN, an individual; FAN MIAO,  **JOINT STATUS REPORT FOLLOWING**
21  an individual; FAN MAO, an individual; and all  **RULING ON MOTION FOR**
    persons unknown, claiming any legal or  **DISQUALIFICATION; [PROPOSED]**
22  equitable right, title, estate, lien, or interest in the  **ORDER**
    property described in the complaint adverse to
23  plaintiff's title, or any cloud upon plaintiff's title  Judge: Honorable Saundra Brown Armstrong
    thereto,
24                                          Pretrial Conference: January 11, 2023
                    Defendants.             Trial: January 24, 2023
25
26
27
28
                              -1-

WHEREAS, the Court's January 30, 2020 Civil Minute Order [Dkt. 31] and the January 30, 2020 Order for Pretrial Preparation [Dkt. 32] set the following pretrial and trial dates:

| Event | Date |
| --- | --- |
| Deadline to Amend Pleadings: | 05/15/20 |
| Expert Disclosures and Reports: | 10/11/21 |
| Close of Fact Discovery: | 09/13/21 |
| Rebuttal Expert Designation: | 11/08/21 |
| Close of Expert Discovery: | 12/06/21 |
| Law and Motion Cutoff: | 01/12/22 |
| Trial (5 days): | 03/22/22 |
| Pretrial Conference: | 03/09/22 |
| Pretrial Preparation due: | 01/26/22 |
| Motions In Limine / Objections to Evidence: | 02/09/22 |
| Responses to Motions in Limine / Obj. to Evidence: | 02/16/22 |
| Replies due: | 02/23/22 |

WHEREAS, pursuant to the Stipulation Continuing Pretrial and Trial Dates; [Proposed] Order [Dkt. 78] filed by the parties on August 6, 2021, the Court filed its August 6, 2021 Stipulation Continuing Pretrial and Trial Dates; Order [Dkt. 79] (the "Scheduling Order") in which it set the following pretrial and trial dates:

| Event | Date |
| --- | --- |
| Deadline to Amend Pleadings: | Unchanged [05/15/20] |
| Expert Disclosures and Reports: | 07/11/22 |
| Close of Fact Discovery: | 06/13/22 |
| Rebuttal Expert Designation: | 08/08/22 |
| Close of Expert Discovery: | 09/06/22 |
| Law and Motion Cutoff: | 10/11/22 |

-2-

| Trial (5 days): | 01/24/23 |
| Pretrial Conference: | 01/11/23 |
| Pretrial Preparation due: | 11/23/22 |
| Motions In Limine / Objections to Evidence: | 12/07/22 |
| Responses to Motions in Limine / Obj. to Evidence: | 12/14/22 |
| Replies due: | 12/21/22 |

WHEREAS, Plaintiff and Counterclaim Defendant The Board of Trustees of The Leland Stanford Junior University ("Stanford") on May 24, 2022 filed a motion to disqualify DLA Piper LLP (US) as counsel for Defendant and Counterclaim Plaintiff Zhang Yuzhen [Dkt. 88], noticing the hearing on the motion for July 13, 2022; and

WHEREAS, the Court on July 8, 2022 took the hearing on Stanford's motion to disqualify under submission and vacated the hearing date;

IT IS HEREBY STIPULATED that:

(1) All future dates set by the Scheduling Order shall be vacated; and

(2) within 30 days of the date that the Court rules on Stanford's motion to disqualify, or the appearance of new counsel (if necessary), whichever is later, the parties shall submit a Joint Status Report in which they state their position concerning new pretrial and trial dates, including how to treat dates that have occurred during the pendency of the motion to disqualify and otherwise.

Dated:  July 25, 2022

MARK D. LITVACK
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW
PITTMAN LLP

*/s/ Mark D. Litvack*

By:　　　MARK D. LITVACK

Attorneys for Plaintiff and Counterclaim Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY and Counterclaim Defendant LI NANYANG

-3-

1    Dated:  July 25, 2022                          DLA PIPER LLP
                                                    MATTHEW J. JACOBS
2                                                   CALEB LIN

3                                                      */s/ Matthew J. Jacobs*
                                             By:          MATTHEW J. JACOBS
4
                                                    Attorneys for Defendant and Counterclaim
5                                                   Plaintiff YUZHEN ZHANG

6

7

8    GOOD CAUSE APPEARING, it is ORDERED that:

9            (1)     All future dates set by the August 6, 2021 Stipulation Continuing

10   Pretrial and Trial Dates; Order [Dkt. 79] shall be vacated; and

11           (2)     within 30 days of the date that the Court rules on Stanford's motion to

12   disqualify, or the appearance of new counsel (if necessary), whichever is later, the

13   parties shall submit a Joint Status Report in which they state their position concerning

14   new pretrial and trial dates, how to treat dates that have occurred during the pendency

15   of the motion to disqualify and otherwise.

16

17   SO ORDERED this _____ day of _____, 2022.

18

19                                                  _____
                                                    The Honorable Saundra Brown Armstrong
20                                                  United States District Judge

21

22           Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

23   filing of this document has been obtained from Matthew J. Jacobs, counsel for defendant and

24   counterclaim plaintiff Zhang Yuzhen.

25                                                      */s/ Mark D. Litvack*
                                                    Mark D. Litvack
26

27

28
                                             -4-
     _____
     STIP. VACATING CERTAIN PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER
                                             Case No:   4:19-CV-02904-SBA
                                             4896-0252-8042.v2