1  MARK D. LITVACK (SBN 183652)
   mark.litvack@pillsburylaw.com
2  JEFFREY D. WEXLER (SBN 132256)
   jeffrey.wexler@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, 36th Floor
4  Los Angeles, CA 90017-5524
   Telephone:       213.488.7100
5  Facsimile:        213.629.1033

6  Attorneys for Plaintiff and Counterclaim Defendant
   THE BOARD OF TRUSTEES OF THE
7  LELAND STANFORD JUNIOR UNIVERSITY
   and Counterclaim Defendant LI NANYANG
8
   MATTHEW J. JACOBS (SBN 171149)
9  matt.jacobs@us.dlapiper.com
   CALEB LIN (SBN 316869)
10 caleb.lin@us.dlapiper.com
   DLA PIPER LLP
11 555 Mission Street, Suite 2400
   San Francisco, CA  94105-2933
12 Telephone:       415.836.2500
   Facsimile:        415.836.2501
13
   Attorneys for Defendant and Counterclaim Plaintiff
14 YUZHEN ZHANG

15              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
16                    **OAKLAND DIVISION**

17 THE BOARD OF TRUSTEES OF THE            Case No. 4:19-cv-02904-SBA
   LELAND STANFORD JUNIOR UNIVERSITY,
18                                          **STIPULATION: (1) VACATING**
                                            **CERTAIN PRETRIAL AND TRIAL**
19              Plaintiff,                  **DATES PENDING RULING ON**
                                            **MOTION FOR DISQUALIFICATION;**
20       vs.                                **AND (2) SETTING DEADLINE FOR**
                                            **JOINT STATUS REPORT FOLLOWING**
21 ZHANG YUZHEN, an individual; FAN MIAO,   **RULING ON MOTION FOR**
   an individual; FAN MAO, an individual; and all  **DISQUALIFICATION; ORDER AS**
22 persons unknown, claiming any legal or   **MODIFIED**
   equitable right, title, estate, lien, or interest in the
23 property described in the complaint adverse to  Judge: Honorable Saundra Brown Armstrong
   plaintiff's title, or any cloud upon plaintiff's title
24 thereto,                                 Pretrial Conference:  January 11, 2023
                                            Trial:  January 24, 2023
25              Defendants.

26

27

28
                                          -1-

WHEREAS, the Court's January 30, 2020 Civil Minute Order [Dkt. 31] and the January 30, 2020 Order for Pretrial Preparation [Dkt. 32] set the following pretrial and trial dates:

| Event | Date |
|---|---|
| Deadline to Amend Pleadings: | 05/15/20 |
| Expert Disclosures and Reports: | 10/11/21 |
| Close of Fact Discovery: | 09/13/21 |
| Rebuttal Expert Designation: | 11/08/21 |
| Close of Expert Discovery: | 12/06/21 |
| Law and Motion Cutoff: | 01/12/22 |
| Trial (5 days): | 03/22/22 |
| Pretrial Conference: | 03/09/22 |
| Pretrial Preparation due: | 01/26/22 |
| Motions In Limine / Objections to Evidence: | 02/09/22 |
| Responses to Motions in Limine / Obj. to Evidence: | 02/16/22 |
| Replies due: | 02/23/22 |

WHEREAS, pursuant to the Stipulation Continuing Pretrial and Trial Dates; [Proposed] Order [Dkt. 78] filed by the parties on August 6, 2021, the Court filed its August 6, 2021 Stipulation Continuing Pretrial and Trial Dates; Order [Dkt. 79] (the "Scheduling Order") in which it set the following pretrial and trial dates:

| Event | Date |
|---|---|
| Deadline to Amend Pleadings: | Unchanged [05/15/20] |
| Expert Disclosures and Reports: | 07/11/22 |
| Close of Fact Discovery: | 06/13/22 |
| Rebuttal Expert Designation: | 08/08/22 |
| Close of Expert Discovery: | 09/06/22 |
| Law and Motion Cutoff: | 10/11/22 |

-2-

| Trial (5 days): | 01/24/23 |
| --- | --- |
| Pretrial Conference: | 01/11/23 |
| Pretrial Preparation due: | 11/23/22 |
| Motions In Limine / Objections to Evidence: | 12/07/22 |
| Responses to Motions in Limine / Obj. to Evidence: | 12/14/22 |
| Replies due: | 12/21/22 |

WHEREAS, Plaintiff and Counterclaim Defendant The Board of Trustees of The Leland Stanford Junior University ("Stanford") on May 24, 2022 filed a motion to disqualify DLA Piper LLP (US) as counsel for Defendant and Counterclaim Plaintiff Zhang Yuzhen [Dkt. 88], noticing the hearing on the motion for July 13, 2022; and

WHEREAS, the Court on July 8, 2022 took the hearing on Stanford's motion to disqualify under submission and vacated the hearing date;

IT IS HEREBY STIPULATED that:

(1)     All future dates set by the Scheduling Order shall  be vacated; and

(2)     within 30 days of the date that the Court rules on Stanford's motion to disqualify, or the appearance of new counsel (if necessary), whichever is later, the parties shall submit a Joint Status Report in which they state their position concerning new pretrial and trial dates, including how to treat dates that have occurred during the pendency of the motion to disqualify and otherwise.

Dated:  July 25, 2022

MARK D. LITVACK
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

_/s/ Mark D. Litvack_
By:          MARK D. LITVACK

Attorneys for Plaintiff and Counterclaim Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY and Counterclaim Defendant LI NANYANG

-3-

Dated: July 25, 2022

DLA PIPER LLP
MATTHEW J. JACOBS
CALEB LIN

_/s/ Matthew J. Jacobs_

By:     MATTHEW J. JACOBS

Attorneys for Defendant and Counterclaim
Plaintiff YUZHEN ZHANG

GOOD CAUSE APPEARING, it is ORDERED that:

       (1)    All future dates set by the August 6, 2021 Stipulation Continuing

Pretrial and Trial Dates; Order [Dkt. 79] shall be vacated; and

       (2)    Further directives will be provided and/or a case management

conference will be set following an order on Stanford's motion to disqualify.

SO ORDERED this 28 day of September 28, 2022.

_[signature]_ RS

Richard Seeborg for Saundra Brown Armstrong
United States District Judge

    Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

filing of this document has been obtained from Matthew J. Jacobs, counsel for defendant and

counterclaim plaintiff Zhang Yuzhen.

_/s/ Mark D. Litvack_

Mark D. Litvack