UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>YUZHEN ZHANG, et al.,<br><br>Defendants. | Case No. 19-cv-02904-JST<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR FILING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Re: ECF No. 117 |

On March 2, 2023, the parties filed a stipulation requesting a two-week continuance of the case management conference and deadline for filing the joint case management statement because Plaintiff's motion to disqualify counsel was pending. ECF No. 117 at 2-3. On March 6, 2023, the Court granted Plaintiff's motion to disqualify counsel. Accordingly, the Court denies the parties' request to continue the case management conference and deadline for filing the joint case management conference statement.

**IT IS SO ORDERED.**

Dated: March 13, 2023



JON S. TIGAR
United States District Judge