

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 8 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: YUZHEN ZHANG.<br><br>_____<br><br>YUZHEN ZHANG,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,<br><br>        Respondent,<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY,<br><br>        Real Party in Interest. | No.   23-70072<br><br>D.C. No. 4:19-cv-02904-JST<br>Northern District of California, Oakland<br><br>ORDER |

Before: NGUYEN, FRIEDLAND, and SUNG, Circuit Judges.

The petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. p. 21(b).  Accordingly, within 14 days after the date of this order, the real party in interest shall file an answer.  The district court, within 14 days after the date of this order, may address the petition if it so desires.  The district court may elect to file an answer with this court or to issue a supplemental order and serve a copy on this court.  Petitioner may file a reply within 5 days after service of the answer(s).

The Clerk shall serve this order on the district court and District Judge Jon S. Tigar.