|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | JUN 29 2023 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: YUZHEN ZHANG.
_____

YUZHEN ZHANG,

        Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,

        Respondent,

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY,

        Real Party in Interest.

No.   23-70072

D.C. No. 4:19-cv-02904-JST
Northern District of California, Oakland

ORDER

Before: SILVERMAN, R. NELSON, and BUMATAY, Circuit Judges.

    Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

    **DENIED.**

OSA161