MARK D. LITVACK (No. 183652)
JEFFREY D. WEXLER (No. 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:   (213) 488-7100
Facsimile:   (213) 629-1033
Email:   mark.litvack@pillsburylaw.com
Email:   jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff and Counterclaim Defendant
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY
and Counterclaim Defendant LI NANYANG

JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:   (415) 295-1197
Facsimile:   (888) 980-6547
Email:   jeff@skaggsfaucette.com

Attorneys for Defendant and Counterclaim
Plaintiff ZHANG YUZHEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ZHANG YUZHEN, an individual; FAN MIAO, an individual; FAN MAO, an individual; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto,<br><br>Defendants. | Case No. 4:19-cv-02904-JST<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE DEADLINES**<br><br>Judge: Jon S. Tigar<br><br>Date: October 24, 2023<br>Time: 2:00 p.m.<br>Courtroom: 6 (by video) |

WHEREAS, on October 24, 2023, the Court entered an Amended Scheduling Order [Dkt. 130];

WHEREAS, the Amended Scheduling Order sets a deadline of March 15, 2024 for fact discovery;

WHEREAS, the parties have met and conferred regarding the scheduling of depositions and have determined that additional time is needed to complete depositions in the case; and

WHEREAS, the parties believe that the discovery cut-off and expert witness deadlines may be amended without requiring any change to the deadlines affecting the Court;

THEREFORE, it is hereby stipulated and agreed by the parties that the Amended Scheduling Order be amended as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Fact discovery cut-off | March 15, 2024 | March 29, 2024 |
| Expert disclosures | March 22, 2024 | April 5, 2024 |
| Expert Rebuttal | April 19, 2024 | April 26, 2024 |
| Expert discovery cut-off | May 17, 2024 | May 30, 2024 |

All other deadlines shall remain the same as in the existing Amended Scheduling Order.

**IT IS SO STIPULATED.**

Dated: January 23, 2024

MARK D. LITVACK
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Mark D. Litvack*
 MARK D. LITVACK

Attorneys for Plaintiff and Counterclaim Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY and Counterclaim Defendant LI NANYANG

Dated: January 23, 2024

JEFFREY E. FAUCETTE
SKAGGS FAUCETTE LLP

By: _/s/ Jeffrey E. Faucette_
JEFFREY E. FAUCETTE

Attorneys for Defendant and Counterclaim Plaintiff ZHANG YUZHEN

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

_/s/ Jeffrey Faucette_
Jeffrey Faucette

## [PROPOSED] ORDER

The Amended Case Scheduling Order is hereby amended as follows:

| Event | Date |
| --- | --- |
| Fact discovery cut-off | March 29, 2024 |
| Expert disclosures | April 5, 2024 |
| Expert Rebuttal | April 26, 2024 |
| Expert discovery cut-off | May 30, 2024 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

JON S. TIGAR
United States District Court Judge