JEFFREY E. FAUCETTE (No. 193066)
MARTIN GLICK (No. 40187)
SKAGGS FAUCETTE LLP
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Telephone:  (415) 874-3181
Facsimile:   (415) 888-6547
E-mail: jeff@skaggsfaucette.com
             marty@skaggsfaucette.com

Attorneys for Defendant and
Counterclaim Plaintiff ZHANG YUZHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiff,<br>    Counterclaim Defendant<br><br>v.<br><br>ZHANG YUZHEN, an individual,<br><br>    Defendant,<br>    Counterclaim Plaintiff<br><br>FAN MIAO, an individual; FAN MAO, an individual; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property describe in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto,<br><br>    Additional Defendants,<br><br>v.<br><br>LI NANYANG, an individual,<br><br>    Counterclaim Defendant. | Case No.: 4:19-cv-02904-JST<br><br>**STATEMENT OF FACT OF DEATH** |

Zhong Shengli, son of Zhang Yuzhen, notes upon the record the death of Zhang Yuzhen pursuant to Federal Rule of Civil Procedure 25(a)(1) during the pendency of this action. Counsel for Ms. Zhang anticipates that a motion to substitute a party for Ms. Zhang will be filed pursuant to Rule 25 within 90 days of this notice.

Dated: June 11, 2025       SKAGGS FAUCETTE LLP

By:  */s/Jeffrey E. Faucette*
            Jeffrey E. Faucette

Attorneys for Defendant and Counterclaim Plaintiff
ZHANG YUZHEN