# Exhibit C



# legaltranslations.biz

## (Division of Nelles Translations)

20 N. Wacker Drive - Suite 1408 - Chicago, IL 60606 - 312-977-9772  Fax-866-615-8606

## <u>Certification</u>

This is to certify that the foregoing translation of the document entitled Testament- **ZHANG** **Yuzhen** was made from Chinese to English from the document by a competent translator well acquainted with both languages, and that, to the best of our knowledge and belief, it is a true and complete rendering into English of the selected text.

Date: April 28, 2020

Donald W. Hanley, CEO

**Statement re Translation Protocol**

Pursuant to the Translation Protocol, the parties have agreed to this translation with the redlined revisions shown on the translation.

**Exhibit 333**

# Testament

Testator:    **ZHANG Yuzhen**; Female; Han Chinese; Date of Birth: March 7th, 1930; Residential Address: No. 12, Gate 2, Block 22, Fuxingmenwai Avenue, Xicheng District, Beijing Municipality; Identity Card Number: 110102193003073326.

Given my advanced age and for the proper protection of **the originals of Mr. LI Rui's diaries, correspondence, work notes and other manuscripts inherited by me** for research use, I now authorize ZHANG Jinpeng to write this allographic testament on my behalf in the presence of CHEN Haibing and DU Pingfeng as witnesses as follows:

1.    That **all of the originals of Mr. LI Rui's diaries, correspondence, work notes and other manuscripts (from 1935 to 2018) inherited by me** pursuant to Beijing Xicheng District People's Court Civil Judgment (2019) Jing 0102 Min Chu No. 17194 shall be inherited by the **National Library of China** after my demise.

2.    This Testament is executed in duplicate, with ZHONG Shengli and ZHANG Jinpeng retaining one copy thereof respectively.

Testator:    ZHANG Yuzhen
             *(Signature and thumbprint affixed)*
             April 14th, 2020

Scrivener:    ZHANG Jinpeng
              *(Signature and thumbprint affixed)*
              April 14th, 2020

Witness:    DU Pingfeng
            *(Signature and thumbprint affixed)*
            April 14th, 2020

Witness:    CHEN Haibing
            *(Signature and thumbprint affixed)*
            April 14th, 2020

遗嘱

立遗嘱人：张玉珍、女、汉族、1930年3月7日生。住址：北京市西城区复兴门外大街22楼2门12号。身份证号：110102193003073326。

我年事已高，为了妥善保护我继承的李锐先生的日记、信件、工作笔记等文稿原件，用于研究利用，特请陈海兵和杜平凤作为见证人，并委任张金潼代书遗嘱如下：

一、我依北京市西城区《民法院（2019）京0102民初17194号民事判决书所继承的李锐全部日记、信件、工作笔记等文稿原件（1935年至2018年），在我去世后由中国国家图书馆继承。

二、本遗嘱一式二份，由钟胜利、张金潼各保留一份。

立遗嘱人：〔签名〕
2020年4月14日

代书人：张金潼
2020年4月14日

见证人：杜平凤
2020年4月14日

见证人：陈海兵
2020年4月14日