# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Plaintiff, <br><br> vs. <br><br> ZHANG YUZHEN, an individual; FAN MIAO, an individual; FAN MAO, an individual; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto, <br><br> Defendants. | Case No. 4:19-cv-02904-JST <br><br> **[PROPOSED] PARTIAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b) AS TO FIRST, SECOND, THIRD, AND TENTH COUNTERCLAIMS ASSERTED BY PLAINTIFF AND COUNTERCLAIM DEFENDANT ZHANG YUZHEN** |
| YUZHEN ZHANG, an individual, <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; and LI NANYANG, an individual, <br><br> Counterclaim Defendants. | |

Defendant and Counterclaim Plaintiff Zhang Yuzhen ("Ms. Zhang") having stated in the Joint Pretrial Statement [Dkt. 142] filed on July 19, 2024 that she would not be pursuing at trial (a) the First Counterclaim for Relief for Copyright Infringement – Direct, Contributory, Vicarious, (b) the Second Counterclaim for Relief for Public Disclosure of Private Facts, (c) the Third Counterclaim for Relief for Intentional Infliction of Emotional Distress, or (d) the Tenth Counterclaim for Relief for Unjust Enrichment (the "Non-Pursued Counterclaims"), Ms. Zhang's counsel having on June 11, 2025 filed a Statement of Fact of Death [Dkt. 191] noting the death of Ms. Zhang on behalf of her son, and no party having brought a motion to substitute in for Ms. Zhang pursuant to Fed. R. Civ. P. 25(a)(1) with regard to the Non-Pursued Counterclaims, good cause being found, and there being no just reason for delay in entering partial judgment pursuant to Fed. R. Civ. P. 54(b) with regard to the Non-Pursued Counterclaims, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

(1)     Judgment is hereby entered in this action in favor of Plaintiff and Counterclaim Defendant The Board of Trustees of the Leland Stanford Junior University ("Stanford") and Counterclaim Defendant Li Nanyang ("Ms. Li") against Defendant and Counterclaimant Zhang Yuzhen ("Ms. Zhang") on the Non-Pursued Counterclaims; and

(2)     Stanford and Ms. Li are entitled to recover their reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) as the prevailing parties on the Non-Pursued Counterclaims.

Good cause appearing, **IT IS SO ORDERED.**

Dated: June __, 2026

_____
JON S. TIGAR
United States District Judge

1