JEFFREY E. FAUCETTE (No. 193066)
MARTIN GLICK (No. 40187)
SKAGGS FAUCETTE LLP
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Telephone:  (415) 874-3181
Facsimile:   (415) 888-6547
E-mail: jeff@skaggsfaucette.com
          marty@skaggsfaucette.com

Attorneys for Defendant and
Counterclaim Plaintiff NATIONAL
LIBRARY OF CHINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>        Plaintiff,<br>        Counterclaim Defendant<br><br>v.<br><br>ZHANG YUZHEN, an individual,<br><br>        Defendant,<br>        Counterclaim Plaintiff<br><br>FAN MIAO, an individual; FAN MAO, an individual; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property describe in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto,<br><br>        Additional Defendants,<br><br>v.<br><br>LI NANYANG, an individual,<br><br>        Counterclaim Defendant. | Case No.: 4:19-cv-02904-JST<br><br>**NATIONAL LIBRARY OF CHINA'S ERRATA** |

NLC'S ERRATA RE PROPOSED JUDGMENT                    CASE NO.:  4:19-cv-02904-JST

The Exhibit B attached to the National Library of China's Brief in Support of its Proposed Form of Judgment [Dkt. 200-2] was not the intended version of the proposed judgment. The correct Exhibit B is submitted with this errata. Counsel apologizes for the error.

Dated: May 29, 2026

JEFFREY E. FAUCETTE
MARTIN R. GLICK
SKAGGS FAUCETTE LLP

*/s/ Jeffrey E. Faucette*

By:   JEFFREY E. FAUCETTE

Attorneys for Defendant and Counterclaim Plaintiff NATIONAL LIBRARY OF CHINA

NLC'S ERRATA RE PROPOSED JUDGMENT          CASE NO.:  4:19-cv-02904-JST