**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>                     Plaintiff,<br><br>          vs.<br><br>ZHANG YUZHEN, an individual; FAN MIAO, an individual; FAN MAO, an individual; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto,<br><br>                     Defendants. | Case No. 4:19-cv-02904-JST<br><br>**[PROPOSED] JUDGMENT** |
| YUZHEN ZHANG, an individual,<br><br>                     Counterclaim Plaintiff,<br><br>          vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; and LI NANYANG, an individual,<br><br>                     Counterclaim Defendants. | |

The Court, having conducted the trial of this matter on August 19, 20, 21, 27, 28, and 29, 2024 and December 10, 2024 and having filed its Findings of Fact and Conclusions of Law [Dkt. 194] on March 31, 2026, and good cause being found, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

(1)   Judgment is hereby entered in this action in favor of Plaintiff and Counterclaim Defendant The Board of Trustees of the Leland Stanford Junior University ("Stanford") and against Defendant and Counterclaimant National Library of China (the "National Library") as the substituted party for Zhang Yuzhen ("Ms. Zhang") pursuant to Fed. R. Civ. P. 25(a)(1) [Dkt. 193], Fan Miao, and Fan Mao on the claim asserted by Stanford in The Board of Trustees of the Leland Stanford Junior University's First Amended Complaint to Quiet Title [Dkt. 15] filed by Stanford on July 30, 2019;

(2)   Judgment is hereby entered in this action in favor of Stanford and Counterclaim Defendant Li Nanyang ("Ms. Li") and against the National Library on the Fourth Counterclaim for Conversion, the Fifth Counterclaim for Aiding and Abetting Conversion, the Sixth Counterclaim for Civil Conspiracy to Commit Conversion, the Seventh Counterclaim for Breach of Fiduciary Duty, the Eighth Counterclaim for Aiding and Abetting Breach of Fiduciary Duty, the Ninth Counterclaim for Conspiracy to Commit Breach of Fiduciary Duty, and the Eleventh Counterclaim for Enforcement of the Chinese Judgment asserted in Defendant Zhang Yuzhen's Verified First Amended Answer to Plaintiff's First Amended Complaint to Quiet Title; and Counterclaims Against Plaintiff and Li Nanyang [Dkt. 46] filed by Ms. Zhang on March 17, 2020;

(3)   Stanford's interest is the only legal or beneficial interest in title to the materials denominated as the Li Materials, which consist of (a) original materials written by Chinese political figure Li Rui, (b) materials written by people other than Li Rui, including his first wife, Fan Yuanzhen, (c) copies of

1

these materials, and (d) transcriptions of these materials (primarily of Li Rui's diaries); and

(4)    Stanford and Ms. Li are entitled to recover their reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) as the prevailing parties in this action.


Good cause appearing, **IT IS SO ORDERED.**


Dated:  June __, 2026

_____
JON S. TIGAR
United States District Judge

2

[PROPOSED] JUDGMENT
Case No. 4:19-CV-02904-JST